UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ALEXANDRA HILL | * | Civil Action No.: |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| I.C. SYSTEM, INC. | * | |
| | * | |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, ALEXANDRA HILL (hereinafter "Plaintiff"), brings this Complaint by and through her undersigned counsel against Defendant I.C. SYSTEM, INC. (hereinafter "Defendant") and alleges as follows:

**JURISDICTION**

1. This action arises out of violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA") by Defendant.

2. Jurisdiction of this Court arises under 28 U.S.C. §1331 and pursuant to 15 U.S.C. §1692k(d).

3. Venue is proper in this District pursuant to 28 U.S.C. §1391(b)(1) and (2) because the acts and transactions occurred in this jurisdiction and because Defendant transacts business in this jurisdiction.

**PARTIES**

4. Plaintiff is a natural person who resides in Bethesda, Maryland and is a "consumer" as that term is defined by 15 U.S.C. §1692a(3).

1

5. Defendant is a business entity that regularly collects or attempts to collect, directly or indirectly, consumer debts owed or due or asserted to be owed or due another in this state and judicial district with its principal place of business located at 444 Highway 96 E, Vadnais Heights, Minnesota 55127.

6. Defendant is a "debt collector" as the phrase is defined and used in the FDCPA under 15 U.S.C. §1692a(6).

## FACTUAL ALLEGATIONS

7. Upon information and belief, on a date better known to Defendant, Metropolitan Emergency Animal Hospital assigned a consumer debt to Defendant for collection ("Alleged Debt").

8. The Alleged Debt arose out of a transaction in which money, property, insurance or services, which are the subject of the transaction, were primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. §1692a(5).

9. In December 2014, notwithstanding her dispute of the underlying account, Plaintiff paid $311.35 to Defendant to resolve the account and Defendant agreed to accept the amount as settlement in full.

10. Unbeknownst to Plaintiff, Defendant had reported this account to Transunion with two separate reference numbers 77012005 and 7561284401, causing the 7561284401 reference number to remain on Plaintiff's credit report as unpaid despite the account being settled in full.

11. Plaintiff did not discover this duplicate reporting until she was denied credit due to the placement of an open collection account on her credit report.

12. Upon learning this and acquiring her credit report dated May 29, 2015, Plaintiff saw that Defendant had the alleged debt reported as unpaid with Transunion under a separate

reference number than the collection letters she had received previously and caused Plaintiff to agree to settle the debt.

13. When Plaintiff spoke with Defendant regarding the issue, she was informed that the account had actually been entered twice into Defendant's system with two different reference numbers.

## COUNT I
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. §1692e(8)

14. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered 1 through 13 herein with the same force and effect as if the same were set forth at length herein.

15. Defendant's reported Plaintiff's alleged debt with Metropolitan Emergency Animal hospital twice through assigning it two separate account numbers.

16. Defendant's actions are in violation of 15 U.S.C. §1692e(8) which prohibits the communication of credit information which is known or should be known to be false.

## COUNT II
## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. §1692e(2)

17. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered 1 through 16 herein with the same force and effect as if the same were set forth at length herein.

18. Defendant's reported Plaintiff's alleged debt with Metropolitan Emergency Animal hospital twice through assigning it two separate account numbers.

19. Defendant's actions are in violation of 15 U.S.C. §1692e(2) which prohibits the false representation as to the character, amount, or legal status of any debt.

## COUNT III

## VIOLATION OF THE FAIR DEBT COLLECTION PRACTICES ACT
## 15 U.S.C. §1692e(10)

20.     Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered 1 through 16 herein with the same force and effect as if the same were set forth at length herein.

21.     Defendant's reported Plaintiff's alleged debt with Metropolitan Emergency Animal hospital twice through assigning it two separate account numbers.

22.     Defendant's actions are in violation of 15 U.S.C. §1692e(10) which prohibits the use of any false representation or deceptive means to collect or attempt to collect any debt.

## DEMAND FOR JURY TRIAL

Plaintiff, Alexandra Hill, hereby respectfully requests a trial by jury for all claims and issues in her Complaint to which she is or may be entitled to at a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Alexandra Hill demands judgment from the Defendant I.C. System, Inc. as follows:

A.     Statutory damages for the Plaintiff pursuant to 15 U.S.C. §1692k;

B.     For attorneys' fees, costs and disbursements;

C.     For an award of pre-judgment interest on all sums awarded and/or collected;

D.     For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated:     May 17, 2016

Respectfully submitted,

By: /s/ *Edward M. Poretz, Esq.*

Edward M. Poretz, Esq.
Federal Bar No.: 18554
918 S. Curley Street
Baltimore, MD 21224
Phone: 706-296-8099
Email: edporetz@gmail.com

Of Counsel to the Firm:
Law Offices of Michael Lupolover, P.C.
120 Sylvan Avenue, Suite 300
Englewood Cliffs, NJ 07632
Phone:     201-461-0059
Facsimile: 201-608-7116